IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01254-ZLW-PAC

SHARON A. WEINER,

     Plaintiff,

v.

KRISTEN CURTIS,

     Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Plaintiff's Motion for Permission to Appear at Settlement Conference by Telephone [filed January 4, 2006; Doc. No. 21] is **denied** as moot.

     IT IS **FURTHER ORDERED** that the Settlement Conference set for February 1, 2006 is *vacated and reset* to **January 26, 2006 at 3:00 p.m.**  Confidential Settlement Statements are due on or before **January 20, 2006.  *Counsel and parties with full authority to settle must be present.***

Dated:  January 13, 2006