IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01254-ZLW-PAC

SHARON A. WEINER,

    Plaintiff,

v.

KRISTEN CURTIS,

    Defendant.

___

## ORDER
___

In consideration of the Minute Order entered on February 6, 2006, by Magistrate Judge Patricia A. Coan. it is

ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before March 1, 2006. If by that date settlement papers have not been received by the Court, on March 8, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __14__ day of February, 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court